IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH J. ADAMS,

    Petitioner,                             No. CIV S-08-1381 DAD P

    vs.

KATHY PROSPER, Warden,

    Respondent.                        <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

        Although petitioner has signed his application to proceed in forma pauperis, petitioner has failed to answer the questions on the form. Petitioner's application is therefore incomplete and will be denied. However, petitioner will be provided the opportunity to either submit a complete affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner's June 18, 2008 application to proceed in forma pauperis is denied without prejudice;

1

2. Petitioner shall submit, within thirty days from the date of this order, a complete affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

3. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: July 1, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
adam1381.101a

2